UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:15-MJ-1042

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| LARRY PERRY | ) | |

This matter comes before the court on a motion to reconsider appointment of counsel [DE 5] filed by the defendant on 23 February 2015. In this motion the defendant provided a more accurate and complete financial affidavit. The court finds that the defendant has demonstrated eligibility for appointment of counsel at government expense and GRANTS the defendant's motion for reconsideration. The Federal Public Defender is directed to provide representation in this action.

The court further determines that the defendant is unable to pay the fees of any witness, and pursuant to Federal Rule of Criminal Procedure 17(b), the Clerk shall issue a subpoena for any witness necessary to present an adequate defense to the pending charge or charges.

It is FURTHER ORDERED that the United States Marshal shall serve any subpoena presented to him in this case by the office of the Federal Public Defender, and shall pay the appropriate fees and expenses to witnesses so subpoenaed, in accordance with Fed. R. Crim. P. 17(b).

SO ORDERED this the 3rd day of March 2015.

*Robert T. Numbers II*
Robert T. Numbers, II
United States Magistrate Judge